**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
*Rochester Division*
1550 United States Courthouse
100 State Street
Rochester, New York 14614

___

In re:  Case #2-11-20671-PRW
  Chapter 7

    PETRO TARASYUK,
    LYUBOV TARASYUK,

        Debtors.
___

**TRUSTEE'S INTENT TO SELL COMBINED WITH NOTICE THEREOF -
PRIVATE SALE**
___

    Raja N. Sekharan, *Chapter 7 Bankruptcy Trustee*, intends to conduct a private sale of non-exempt items of the bankruptcy estate pursuant to *Federal Rule of Bankruptcy Procedure* § 6004(a), as follows:

1. **DESCRIPTION OF PROPERTY OR INTEREST TO BE SOLD:**

| ASSET | SCHEDULED VALUE | OFFER |
|---|---|---|
| 2005 Honda Civic | $2,300.00 | $1,840.00 |
| 1990 BMW 525 | $900.00 | $720.00 |
| 1 Compact Disc | $1.00 | $2.00 |
| 5 DVDs | $5.00 | $12.00 |
| TOTAL | | $2,574.00 |

2. The total amount the Buyer owes for the assets is: **$2,574**

3. **BUYER'S NAME AND ADDRESS (AND RELATIONSHIP OF BUYER(S)' TO DEBTOR(S), IF ANY):**

    a.    Buyers' Name:    Petro Tarasyuk
                                            Lyubov Tarasyuk

In re: Petro Tarasyuk and Lyubov Tarasyuk
Case #2-11-20671-PRW
Trustee's Intent to Sell Combined with Notice Thereof - Private Sale

    b.    Buyers' Address:    210 Densmore Road
                                              Rochester, New York 14609

    c.    Relationship to Debtors:    Debtors

4. **PRICE (AND PAYMENT TERMS, IF ANY):**

    a.    The Debtor has paid the sum of $2,574, which the Trustee is holding in his Estate account.

5. **TRUSTEE'S BASIS FOR PURCHASE PRICE:**

    a.    The purchase price for both the 2005 Honda Civic and 1990 BMW 525 were based upon certified automobile appraisals from International Vehicle Appraisers Network.

    b.    The purchase price for both the Compact Disc and DVDs was the Salvation Army Donation Guidelines.

    c.    The offer from $2,574 falls within the normal range of such assets valuation, and represents a fair value within the Trustee's experience. The Trustee believes that the offer from the Debtors of $2,574 is a fair and reasonable offer for assets of this nature.

6. **OTHER TERMS, CONDITIONS, OR INFORMATION REGARDING THE SALE:**

    a.    None.

    **PLEASE TAKE NOTICE**, that unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk, the Trustee, and the United States Trustee regarding the above sale by _____, 2014, the intended sale will go forward, and the Trustee will sell the above interest or property by virtue of the Trustee's statutory powers, without further Notice or Order of the Court. A hearing will take place before the Honorable Paul R. Warren, at _____ on _____, 2014, at \_\_\_\_\_, if a timely objection is filed.

Dated: _____, 2014.          _____
    Rochester, New York                            Lisa Bertino Beaser
                                                      *Clerk*, United States Bankruptcy Court